FILED
SUPERIOR COURT
OF GUAM

2019 APR 23 PM 4: 24

CLERK OF COURT

BY:_____

**IN THE SUPERIOR COURT OF GUAM**

<table>
<tr><td>

PEOPLE OF GUAM

vs.

MANUEL EDWARD DUENAS AGUON, et al.

DEFENDANTS.
</td><td>

CRIMINAL CASE NO.: CF0712-18

**DECISION AND ORDER**
(Defendant Aguon's Motion to Sever)
</td></tr>
</table>

## INTRODUCTION

This matter came before the Honorable Anita A. Sukola on Manuel Edward Duenas Aguon's ("Aguon") Motion to Sever. Attorney Randy Cunliffe represents Aguon. Assistant Attorney General Matthew Phelps represents the People of Guam ("People"). The Court held a Motion Hearing on this issue on March 13, 2019. Upon review of the written and oral arguments, and legal authorities presented by the Parties, and for the reasons set out herein, the Court issues this decision and order **GRANTING** Aguon's Motion.

## BACKGROUND

On or about November 3, 2018, a complaint was filed with the Guam Police Department ("GPD") on behalf of Weerawat Tananusont ("Tananusont") indicating his house had been burglarized. Phelps Declaration. (Nov. 28, 2018). Tananusont reported several items missing from his residence and later discovered that multiple transactions were made on his missing Fidelity Visa card to the amount of $2,168.00. Id. Upon investigating the burglary, GPD officers identified Emily Babauta ("Babauta") as a suspect

CF0712-18, People v. Aguon, et al.
Decision and Order (Motion to Sever)

Page 1 of 5

and obtained a search warrant for her last known residence, which was executed on November 27, 2018. Id. The following is a description of the evidence gathered against the various defendants and the charges they are facing:

a. Manuel Edward Duenas Aguon.

Aguon was found within reach of a heat modified glass pipe stained with suspected methamphetamine. Id. A pouch around Aguon's person yielded the discovery of approximately two grams of suspected methamphetamine and several grams of suspected marijuana. Id. Aguon is charged with POSSESSION OF A SCHEDULE II CONTROLLED SUBSTANCE WITH INTENT TO DELIVER (As a First Degree Felony) and POSSESSION OF A SCHEDULE II CONTROLLED SUBSTANCE (As a Third Degree Felony). Superseding Indictment (Feb. 1, 2019).

b. Emily Babauta.

While searching the residence, GPD officers discovered a purse containing Babauta's firearms ID card. Phelps Declaration. The purse, discovered in the room Babauta identified as her bedroom, also contained syringes and a bag containing suspected methamphetamine. Id. The purse also contained a Fidelity Visa card with Tananusont's name on it and a receipt of a purchase made at an establishment identified by Tananusont as a place where his card had fraudulently been used. Id. Babauta is charged with THEFT BY RECEIVING (As a Second Degree Felony), POSSESSION OF A SCHEDULE II CONTROLLED SUBSTANCE (As a Third Degree Felony), FRAUDULENT USE OF A CREDIT CARD (As a Third Degree Felony), and CONSPIRACY TO FRAUDULENT USE OF A CREDIT CARD (As a Third Degree Felony). Superseding Indictment.

c. Kala Joe Taitague.

Upon searching the residence, GPD officers were informed that one of the rooms was shared by Kala Joe Taitague ("Taitague") and Jesse Babauta Underwood ("Underwood"). In this room GPD officers discovered Taitague, Babauta, a pouch containing a digital scale, hand rolled cigarettes containing suspected marijuana, multiple

resealable baggies, approximately 5.6 grams of crystalline substance suspected to be methamphetamine, a glass bottle containing an unidentified liquid, and numerous syringes. Phelps Declaration. Taitague is charged with POSSESSION OF A SCHEDULE II CONTROLLED SUBSTANCE (As a Third Degree Felony). Superseding Indictment.

d. Jesse Babauta Underwood.

While searching the room identified as the bedroom of Underwood and Taitague, the officers discovered a pouch containing a digital scale, hand rolled cigarettes containing suspected marijuana, multiple resealable baggies, approximately 5.6 grams of crystalline substance suspected to be methamphetamine, a glass bottle containing an unidentified liquid, and numerous syringes. Phelps Declaration. Babauta informed the officers that Underwood has been taking over Taitague's drug dealing operation due to Taitague's declining health. Id. Underwood is charged with POSSESSION OF A SCHEDULE II CONTROLLED SUBSTANCE WITH INTENT TO DELIVER (As a First Degree Felony) and POSSESSION OF A SCHEDULE II CONTROLLED SUBSTANCE (As a Third Degree Felony). Superseding Indictment.

e. Edward Jinyuc Chong.

One of the allegedly fraudulent transactions involving Tananusont's Fidelity Visa card occurred at Gangnam Korean Restaurant. Id. The owner of the restaurant identified Babauta and said she was accompanied by Edward Jinyuc Chong ("Chong") when she visited the restaurant. Phelps Declaration. Upon his arrest for credit card fraud, Chong was found with methamphetamines on his person. Chong Mot. to Sever (Mar. 27, 2019). Chong is charged with POSSESSION OF A SCHEDULE II CONTROLLED SUBSTANCE (As a Third Degree Felony), FRAUDULENT USE OF A CREDIT CARD (As a Third Degree Felony), and CONSPIRACY TO FRAUDULENT USE OF A CREDIT CARD (As a Third Degree Felony). Superseding Indictment.

On February 25, 2019, Aguon filed a Motion to Extend Time for Filing Motions and a Motion for Severance. Mot. to Extend, Mot. to Sever (Feb. 25, 2019). On March 18,

2019, Chong filed his non-opposition to Aguon's Motion to Sever. Chong Non-Opp'n (Mar. 18, 2019). On March 26, 2019, Defendant Taitague filed her non-opposition to Aguon's Motion to Sever. Taitague Non-Opp'n (Mar. 26, 2019). The People did not file either an opposition or notice of non-opposition to Aguon's Motion to Sever.

## DISCUSSION

Aguon moves the Court for an order severing his trial from the trial of his co-defendants. Mot. for Severance at 1 (Feb. 25, 2019). Aguon argues that severance is proper because the charges against him are based on different factual bases than the charges against his co-defendants. Id. at 4.

Guam law provides that two or more defendants may be charged in the same indictment if they are alleged to have participated in the same act or transaction or in the same series of acts or transactions constituting an offense or offenses. 8 G.C.A. § 55.35(b). Such defendants may be charged in one or more counts together or separately and all of the defendants need not be charged on each count. Id. Guam law further provides that if it appears that a defendant is prejudiced by joint trial with other defendants, the court may order a separate trial of defendants, of counts in the charging instrument, or provide whatever relief justice requires. 8 G.C.A. § 65.35.

Aguon is charged with POSSESSION OF A SCHEDULE II CONTROLLED SUBSTANCE (As a Third Degree Felony) and POSSESSION OF A SCHEDULE II CONTROLLED WITH INTENT TO DELIVER (As a First Degree Felony). Superseding Indictment. He is not facing any charges related to theft or fraudulent use of a credit card. There is no factual connection between the drugs and the stolen property other than the fact that evidence of both crimes was found at the same location and during the same search. It also appears that Aguon is being charged only based on what was found on his person, and not what was found elsewhere in the condominium.

Although there is evidence that will overlap between the theft charges and the drug charges by virtue of the evidence being found in the same location and during the same

search, the Court does not find that they were part of the same act or transaction, nor did they necessarily constitute part of a common scheme or plan. Accordingly, the Court finds joinder of the defendants improper in this matter, and grants Aguon's Motion to Sever.

<u>CONCLUSION</u>

Based on the forgoing reasons, the Court **GRANTS** Aguon's Motion to Sever his trial from the trial of his co-defendants.

Further proceedings for both of these matters are set for April 30, 2019 at 9 a.m.

**SO ORDERED** this ____4/23/19____.

The Honorable Anita A. Sukola
Judge, Superior Court of Guam

SERVICE VIA COURT BOX
I acknowledge . . . of the
original he. . . . .ced in the
court box of:

_____ R. Curff

Date: 4/23 ___ : 4/45

**Rosalind C. Balajadia**
Deputy Clerk, Superior . . . . .